THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respondent, against SAM ROSENSHEIN et al., as Assessors of the Town of Fallsburgh, Sullivan County, et al., Appellants.

Submitted July 19, 1949; decided July 19, 1949.

*Elbert N. Oakes* for motion.

*Lazarus I. Levine* opposed.

Motion to amend the record on appeal denied and motion to dismiss the appeal granted and appeal dismissed, with costs and $10 costs of motion.